# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD L. TRIMBLE, | |
| Plaintiff, | 8:18CV162 |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This is an action challenging a final decision of the Commissioner of the Social Security Administration. The answer and administrative record have been filed. The case will be progressed according to General Order No. 2015-05 In the Matter of Procedures for Social Security Cases (Filing No. 3).

**IT IS ORDERED:**

1. Plaintiff shall file a motion for an order reversing the Commissioner's decision, or granting other relief, together with his supporting brief by the close of business today, **August 10, 2018**;

2. Defendant shall file a motion for an order affirming the Commissioner's decision, or granting other relief, together with a supporting brief by: **September 10, 2018**;

3. Plaintiff may file a reply brief by: **September 24, 2018**, after which the matter will be deemed ripe for decision.

4. The parties did not timely consent to disposition by the undersigned magistrate judge. See Filing No. 11. Accordingly, the clerk of court shall reassign this case to a district judge.

DATED this 10th day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge