## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DONALD L. TRIMBLE,

               Plaintiff,

    vs.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

**8:18CV162**


**ORDER**


     IT IS ORDERED that Plaintiff's motion for extension of time to file notice of appeal (Filing 25) is denied without prejudice, as moot.

     Dated this 2nd day of October, 2020.

                    BY THE COURT:

                    *Richard G. Kopf*

                    Richard G. Kopf
                    Senior United States District Judge