IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD T.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | 8:18CV162<br><br>**MEMORANDUM AND ORDER** |

On June 7, 2021, the court notified the parties in a Memorandum and Order (Filing 34) that unless either of them filed an objection within 14 days, the court would enter a judgment vacating the Commissioner's decision and remanding the case to the Commissioner for a new hearing before a different, constitutionally appointed administrative law judge. No objection has been filed.

IT IS THEREFORE ORDERED:

1. The Commissioner's decision is vacated and this case is remanded to the Commissioner for a new hearing before a different, constitutionally appointed administrative law judge.

2. Judgment shall be entered by separate document.

Dated this 22nd day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge