# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DONALD T.,**<br>　　Plaintiff,<br><br>　　v.<br><br>**KILOLO KIJAKAZI**,<br>Acting Commissioner of Social Security,<br>　　Defendant. | No. 8:18CV162<br><br>**ORDER** |

On the stipulation of the parties, **IT IS ORDERED THAT:**

1.　　The Stipulation for Attorney's Fees Under the Equal Access to Justice Act (Filing 37) is **GRANTED** and Plaintiff is **AWARDED** $1,000.00 for reasonable attorney's fees under the EAJA and $905.00 from the Judgment Fund administered by the Department of Justice.

2.　　In accordance with the EAJA and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee award is payable to Plaintiff as the litigant and subject to offset to satisfy any preexisting debts that the litigant may owe to the United States.

DATED: August 25, 2021

　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　RICHARD G. KOPF
　　　　　　　　　　　　　　　　　　　United States District Judge